B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Eastern District of Virginia | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Peanut City Vegetable Oil Company** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA PCVO; DBA PCVO Underground Utilities** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>**54-1186436** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**512 E Pinner Street**<br>**Suffolk, VA**<br>ZIP Code **23434** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Suffolk City** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 33**<br>**Suffolk, VA**<br>ZIP Code **23439** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which<br>the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

B1 (Official Form 1)(4/10)                                                                                                                    Page 2

| Voluntary Petition | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Peanut City Vegetable Oil Company** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>   Signature of Attorney for Debtor(s)         (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)

Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

| | Name of Debtor(s): |
| --- | --- |
| | **Peanut City Vegetable Oil Company** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** **/s/ Karen M. Crowley VSB** _____
Signature of Attorney for Debtor(s)

 **Karen M. Crowley VSB #35881** _____
Printed Name of Attorney for Debtor(s)

 **Crowley, Liberatore, Ryan & Brogan, PC** _____
Firm Name

 **Town Point Center, Suite 300**
 **150 Boush Street**
 **Norfolk, VA 23510**
_____
Address

 **(757) 333-4500  Fax: (757) 333-4501** _____
Telephone Number

 **October 14, 2011** _____
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ D. Sean Horan** _____
Signature of Authorized Individual

 **D. Sean Horan** _____
Printed Name of Authorized Individual

 **President** _____
Title of Authorized Individual

 **October 14, 2011** _____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### Eastern District of Virginia

In re **Peanut City Vegetable Oil Company**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Acoustic Ceilings Inc.<br>5875 Jefferson Avenue<br>Newport News, VA 23605 | Acoustic Ceilings Inc.<br>5875 Jefferson Avenue<br>Newport News, VA 23605 | | | 8,442.00 |
| Advanta Bank Corp.<br>P.O. Box 8088<br>Philadelphia, PA 19101-8088 | Advanta Bank Corp.<br>P.O. Box 8088<br>Philadelphia, PA 19101-8088 | | | 33,771.50 |
| Aggregate Transportation<br>P.O. Box 9068<br>Chesapeake, VA 23321 | Aggregate Transportation<br>P.O. Box 9068<br>Chesapeake, VA 23321 | | | 11,430.50 |
| Atlantic Heating & Cooling Service, Inc.<br>553 Central Drive<br>Virginia Beach, VA 23454 | Atlantic Heating & Cooling Service, Inc.<br>553 Central Drive<br>Virginia Beach, VA 23454 | | | 5,669.07 |
| Bank of America<br>P.O. Box 15019<br>Wilmington, DE 19886-5102 | Bank of America<br>P.O. Box 15019<br>Wilmington, DE 19886-5102 | | | 35,384.73 |
| Bay Sand Company, Inc.<br>P.O. Box 961<br>Smithfield, VA 23431 | Bay Sand Company, Inc.<br>P.O. Box 961<br>Smithfield, VA 23431 | | | 4,919.86 |
| BB&T Bankcard Corporation<br>P.O. Box 580340<br>Charlotte, NC 28258-0340 | BB&T Bankcard Corporation<br>P.O. Box 580340<br>Charlotte, NC 28258-0340 | | | 5,832.70 |
| BB&T Financial, FSB<br>P.O. Box 580435<br>Charlotte, NC 28258-0435 | BB&T Financial, FSB<br>P.O. Box 580435<br>Charlotte, NC 28258-0435 | | | 8,124.44 |
| Blair Brothers<br>P.O. Box 5413<br>Suffolk, VA 23435 | Blair Brothers<br>P.O. Box 5413<br>Suffolk, VA 23435 | | | 7,466.68 |
| Ferguson Enterprises, Inc.<br>P.O. Box 644054<br>Pittsburgh, PA 15264-4054 | Ferguson Enterprises, Inc.<br>P.O. Box 644054<br>Pittsburgh, PA 15264-4054 | | | 16,675.17 |
| Luck Stone<br>P.O. Box 29871<br>Richmond, VA 23242-0871 | Luck Stone<br>P.O. Box 29871<br>Richmond, VA 23242-0871 | | | 16,942.12 |

B4 (Official Form 4) (12/07) - Cont.

In re **Peanut City Vegetable Oil Company** 　　　　　　　　　　　Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Mainline Supply Company**<br>**Wachovia Bank**<br>**P.O. Box 934450**<br>**Atlanta, GA 31193-4450** | **Mainline Supply Company**<br>**Wachovia Bank**<br>**P.O. Box 934450**<br>**Atlanta, GA 31193-4450** | | | **80,652.01** |
| **NRCC Disposal**<br>**5304 W. Military Hwy**<br>**Chesapeake, VA 23321** | **NRCC Disposal**<br>**5304 W. Military Hwy**<br>**Chesapeake, VA 23321** | | | **4,689.00** |
| **Optima Health**<br>**P.O. Box 791132**<br>**Baltimore, MD 21279-1132** | **Optima Health**<br>**P.O. Box 791132**<br>**Baltimore, MD 21279-1132** | | | **4,467.12** |
| **Prism Contractors & Engineers**<br>**5225 George Washington Mem Hwy**<br>**Yorktown, VA 23962** | **Prism Contractors & Engineers**<br>**5225 George Washington Mem Hwy**<br>**Yorktown, VA 23962** | | | **5,726.80** |
| **Puryear Trucking, Inc.**<br>**3041 Gum Ct.**<br>**Chesapeake, VA 23321** | **Puryear Trucking, Inc.**<br>**3041 Gum Ct.**<br>**Chesapeake, VA 23321** | | | **6,013.50** |
| **Service Electric Corporation**<br>**P.O. Box 14004**<br>**Chesapeake, VA 23325** | **Service Electric Corporation**<br>**P.O. Box 14004**<br>**Chesapeake, VA 23325** | | | **8,624.80** |
| **Top Quality Concrete**<br>**Top Quality Concrete** | **Top Quality Concrete**<br>**Top Quality Concrete** | | | **10,500.00** |
| **Vulcan**<br>**P.O. Box 75219**<br>**Charlotte, NC 28275-0219** | **Vulcan**<br>**P.O. Box 75219**<br>**Charlotte, NC 28275-0219** | | | **6,471.20** |
| **Wells Fargo**<br>**5802 E Va Beach Blvd, 121**<br>**Norfolk, VA 23502** | **Wells Fargo**<br>**5802 E Va Beach Blvd, 121**<br>**Norfolk, VA 23502** | | | **22,805.54** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date　**October 14, 2011**　　　　　　　　　Signature　**/s/ D. Sean Horan**
　　　　　　　　　　　　　　　　　　　　　　**D. Sean Horan**
　　　　　　　　　　　　　　　　　　　　　　**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Eastern District of Virginia

In re    **Peanut City Vegetable Oil Company**                                    ,    Case No. _____

Debtor

Chapter _____ **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 7 | 1,585,677.64 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 163,671.59 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 3,350.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 608,573.72 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J -  Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| | Total Assets | | 1,585,677.64 | | |
| | | Total Liabilities | | 775,595.31 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Peanut City Vegetable Oil Company**                        ,   Case No. _____

                                Debtor

                                                                      Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re  **Peanut City Vegetable Oil Company**                              ,        Case No. _____
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | Sub-Total > | **0.00** | (Total of this page) |
|---|---|---|---|---|
| | | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re    **Peanut City Vegetable Oil Company**                                              ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | **Petty Cash** | - | **500.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of Hampton Roads** | - | **8,591.15** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >              **9,091.15**
(Total of this page)

__3__  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Peanut City Vegetable Oil Company** ,                    Case No. _____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts Receivable (book value; collectibility quesitonable on some)** | - | 433,205.36 |
| | | **Loan - A Landino ($1,450.84; uncollectible)** | - | 1.00 |
| | | **Loan - J L Warren ($56,672.35)** | - | 1.00 |
| | | **Loan - K Ogburn ($2,484.05; uncollectible)** | - | 1.00 |
| | | **Employee Loan (Book asset; unknown value)** | - | 1.00 |
| | | **Cost in Excess of Billings (book value)** | - | 433,205.36 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Credit Balance with GR Mann** | - | 2,800.00 |

Sub-Total >     869,214.72
(Total of this page)

Sheet  __1__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Peanut City Vegetable Oil Company**          ,      Case No.
                                 Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Intangible Asset (goodwill)** | - | **3,500.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Dump Truck (cost)** | - | **31,847.15** |
| | | **Vehicles (cost)** <br> **(See Attachment for detail)** | - | **96,458.75** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Computer/Office** | - | **2,212.59** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Cat Backhoe (cost)** | - | **47,750.00** |
| | | **Equipment (cost)** <br> **(See Attachment for detail)** | - | **355,829.53** |

Sub-Total >     **537,598.02**
(Total of this page)

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Peanut City Vegetable Oil Company**                              ,     Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Excavator - JD 200LC (cost)** | **-** | **73,315.00** |
| | | **Komatsu Wheel Loader (cost)** | **-** | **96,458.75** |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | **169,773.75** |
| (Total of this page) | |
| Total > | **1,585,677.64** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

PCVO
Equipment Listing

| Automobiles | VIN | | Cost | Aquired | Disposed |
|---|---|---|---|---|---|
| 2000 Chevrolet Silverado pickup truck | 1GFC24T5YE197828 | $ | 14,512.07 | Oct-03 | Dec-07 |
| 2000 Ford F150 pickup truck | 1FTZX1728YNB33068 | $ | 10,899.60 | Feb-06 | Sep-08 |
| 1998 GMC Dump Truck | 1GDK7H1C6WJ7517409 | $ | 31,021.16 | Feb-04 | |
| 2003 Chevrolet Silverado 25 pickup truck | 1GCHK29U43E179925 | $ | 21,916.80 | Mar-06 | |
| 2003 Dodge Ram 2500 | 1D7HA18N43J673013 | $ | 15,430.27 | Jun-07 | |
| 2005 Ford F250 pickup truck | | $ | 10,000.00 | Mar-11 | |
| | | $ | 103,779.90 | | |

| Equipment | Serial/Model Number | | | | |
|---|---|---|---|---|---|
| Wacker Plate Tamper VPG166A | 540306387 | $ | 1,500.00 | Feb-03 | |
| Wacker Diaphragm Pump PDT 3A | 535391 | $ | 1,400.00 | Apr-03 | |
| Partner K700 Power Cutter | | $ | 950.00 | Apr-03 | Jul-08 |
| Utility Trailer | | $ | 2,500.00 | Apr-03 | |
| Belle Group Vibratory Tamper | Model TV 60 F 0011213 | $ | 2,000.00 | Apr-03 | Sep-08 |
| Mueller B100 Tapping Machine | | $ | 1,500.00 | Apr-03 | |
| Vermeer 2" Boring Mole | | $ | 2,600.00 | Apr-03 | |
| Asst. hand tools | | $ | 500.00 | Apr-03 | |
| 2000 JCB Backhoe 214S | 490132 | $ | 41,005.00 | Jun-03 | Feb-09 |
| Coleman Powermate Electric Generator | Premium Plus 5500 | $ | 500.00 | Sep-03 | |
| Briggs & Stratton Electric Generator | Model 5250 | $ | 500.00 | Sep-03 | |
| Chainsaws - 2 | | $ | 600.00 | Sep-03 | |
| Ingersoll Rand Air Compressor | Model 185 193431U91328 | $ | 5,000.00 | Nov-04 | |
| John Deere 200LC Excavator | FF0200X500323 | $ | 72,975.00 | Dec-04 | |
| Wacker Diaphragm Pump PDT 3A | 5394792 | $ | 945.00 | Mar-05 | |
| Makita Pipe saw - 2 | | $ | 1,400.00 | May-05 | Jun-08 |
| Komatsu WA200L-5 Wheel Loader | 65724 | $ | 105,494.75 | Aug-05 | |
| Bobcat 331 Mini Excavator | 232512456 | $ | 21,795.00 | Dec-05 | Apr-10 |
| Leica Pipe Laser | | $ | 6,583.50 | Jan-06 | |
| Leica Pipe Laser | | $ | 3,000.00 | Dec-09 | |
| Top Con pipe laser | | $ | 6,500.00 | Dec-10 | |
| Troybilt Pressure washer | | $ | 1,048.95 | Mar-06 | |
| Milwaukee Impact wrench 28volt | | $ | 550.00 | Jun-06 | |
| Tap Mate tapping machine | | $ | 5,000.00 | Mar-03 | |
| Wacker jumping jack compacter | | $ | 1,200.00 | | |
| Trailer - Contrail | | $ | 2,000.00 | Jun-06 | |
| Komatsu PC 138 Excavator | | $ | 63,000.00 | Jun-06 | |
| Trench roller | | $ | 7,245.00 | Jun-06 | |
| LT-8300P Level Transit | | $ | 997.50 | Sep-06 | |
| Paving Breaker jack hammer | | $ | 756.00 | Nov-06 | |
| Stihl 14" pipe saw - 4 | | $ | 3,500.00 | Jul-06 | |
| Sewer test kit | | $ | 800.00 | Feb-07 | |
| Hydrostsic Test pump | | $ | 1,995.00 | Oct-07 | |
| Hot Tap kit | | $ | 1,995.00 | Aug-07 | |
| LG Jumping Jack | | $ | 827.00 | Dec-07 | |
| Pipe Freeze kit | | $ | 595.30 | May-07 | |
| Tapping Machine | | $ | 967.94 | Mar-07 | |
| Trench Box | PRO6-816 | $ | 15,966.30 | Jun-07 | |
| Trench Box | | $ | 5,000.00 | Jun-10 | |
| Wacker Vibratory Roller | | $ | 3,000.00 | Mar-07 | |
| Rock box | | $ | 8,190.00 | Apr-08 | |
| Concrete Mixer | | $ | 2,508.24 | Mar-08 | |
| Caterpillar 420d backhoe | | $ | 46,000.00 | Feb-09 | |
| McElroy Fusion machine | | $ | 17,721.00 | May-09 | |
| Hudson Trailer | | $ | 1,500.00 | Aug-09 | |
| Butler Trailer | | $ | 500.00 | Aug-09 | |
| Bobcat 331 Mini Excavator | | $ | 11,700.00 | Oct-09 | |
| | | $ | 483,811.88 | | |

Furniture & Fixtures

| | | | |
|---|---|---|---|
| Desk, filing cabinets, bookshelf | $ | 250.00 | Apr-99 |
| HP Pavillion a810n computer | $ | 899.00 | Mar-05 |

PCVO Underground Utilities

| Construction equipment | S/N | Cost | | Aquired |
|---|---|---|---|---|
| John Deere 200LC Excavator | FF0200X500323 | $ | 72,975.00 | Dec-04 |
| Komatsu WA200L-5 Wheel Loader | 65724 | $ | 105,494.75 | Aug-05 |
| Bobcat 331 Mini Excavator | | $ | 11,700.00 | Oct-09 |
| Caterpiller 420D backhoe | | $ | 46,000.00 | Feb-09 |
| Komatsu PC138 Excavator | | $ | 63,000.00 | Jun-06 |

| Automobiles | VIN | Cost | | Aquired |
|---|---|---|---|---|
| 1998 GMC Dump Truck | 1GDK7H1C6WJ517409 | $ | 31,021.16 | Feb-04 |
| 2003 Chevrolet Silverado 25 pickup truck | 1GCHK29U43E179925 | $ | 21,916.80 | Mar-06 |
| 2006 Chevrolet Siverado pickup truck | | $ | 21,518.00 | Nov-07 |
| 2006 Lincoln Mark VI pickup truck | | $ | 29,730.00 | Apr-08 |
| 2003 Dodge Ram 1500 pickup truck | 1D7HA18N43J673013 | $ | 15,430.27 | Jun-07 |
| 2005 Ford F250 pickup truck | | $ | 10,000.00 | Mar-11 |

| Trailers | | Cost | | Aquired |
|---|---|---|---|---|
| Hudson trailer 1993 | 1OHHTD1D5P1000265 | $ | 1,500.00 | Aug-09 |
| Butler trailer 1986 | 1BUD1420461004637 | $ | 550.00 | Aug-09 |
| Contrail trailer 1998 | 4KNUC1621WL160264 | $ | 2,000.00 | Jun-06 |
| Pacer trailer 1996 | PT9SB60A9SS479614 | $ | 925.00 | Dec-98 |
| Utility trailer | 298074 | $ | 2,500.00 | Apr-03 |

**B6C (Official Form 6C) (4/10)**

.

In re    **Peanut City Vegetable Oil Company**                                    ,        Case No. _____
                                                                          Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                             $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                      *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **NONE.** | | | |

___0___  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **Peanut City Vegetable Oil Company**
_____,    Case No. _____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. **9999**<br><br>**Bank of America**<br>**P.O. Box 15019**<br>**Wilmington, DE 19886-5019** | | - | | **2006 Lincoln**<br><br>Value $                0.00 | | | | 4,846.38 | 4,846.38 |
| Account No.<br><br>**Bank of Hampton Roads**<br>**999 Waterside Drive, Suite 200**<br>**Norfolk, VA 23510** | X | - | | **All business assets**<br><br>Value $        125,832.70 | | | | 125,832.70 | 0.00 |
| Account No.<br><br>**Caterpillare Financial Services Corp**<br>**2120 West End Ave**<br>**PO Box 340001**<br>**Nashville, TN 37203-0001** | | - | | **Cat Backhoe (cost)**<br><br>Value $          47,750.00 | | | | 12,422.11 | 0.00 |
| Account No.<br><br>**Commercial Cash Flow**<br>**3330 Pacific Avenue**<br>**Suite 213**<br>**Virginia Beach, VA 23451** | X | - | | **certain receivables**<br><br>Value $                0.00 | | | | 15,570.40 | 15,570.40 |
| __1__ continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | | 158,671.59 | 20,416.78 |

B6D (Official Form 6D) (12/07) - Cont.

In re  __Peanut City Vegetable Oil Company_____,      Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No.<br><br>**Rountree Construction**<br>**3909 Nanesmond Parkway**<br>**Suffolk, VA 23435** | - | | | | **2005 Ford F250**<br>**Subject to offset**<br><br>Value $        **0.00** | | | | **5,000.00** | **5,000.00** |
| Account No.<br><br><br><br> | | | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | | | <br><br>Value $ | | | | | |

Sheet _1___ of _1___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | **5,000.00** | **5,000.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **163,671.59** | **25,416.78** |

B6E (Official Form 6E) (4/10)

.

In re **Peanut City Vegetable Oil Company**                                    , Case No. _____
_____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____1_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re __Peanut City Vegetable Oil Company__ _____ ,    Case No. _____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | FOR NOTICE PURPOSES ONLY | | | | | |
| City of Suffolk, VA Ronald H. WIlliams, City Treasurer PO Box 1583 Suffolk, VA 23439-1583 | - | | | | | | 0.00 | 0.00 |
| | | | | | | | 0.00 | 0.00 |
| Account No. | | | payroll taxes | | | | | |
| Commonwealth of Virginia Department of Taxation PO Box 1777 Richmond, VA 23218-1777 | - | | | | X | | 0.00 | 0.00 |
| | | | | | | | 350.00 | 350.00 |
| Account No. | | | payroll taxes | | | | | |
| Internal Revenue Service P. O. Box 7346 Philadelphia, PA 19101-7346 | - | | | | X | | 0.00 | 0.00 |
| | | | | | | | 3,000.00 | 3,000.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    0.00 / 3,350.00    3,350.00

Total (Report on Summary of Schedules)    0.00 / 3,350.00    3,350.00

B6F (Official Form 6F) (12/07)

In re **Peanut City Vegetable Oil Company**                                           , Case No. _____

                                                      Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **Acoustic Ceilings Inc.** 5875 Jefferson Avenue Newport News, VA 23605 | | - | | | | | | | 8,442.00 |
| Account No. xxxxxxxxxxxx0000 **Advanta Bank Corp.** P.O. Box 8088 Philadelphia, PA 19101-8088 | | | | | | | | | 33,771.50 |
| Account No. **Aggregate Transportation** P.O. Box 9068 Chesapeake, VA 23321 | | - | | | | | | | 11,430.50 |
| Account No. **Atlantic Heating & Cooling Service, Inc.** 553 Central Drive Virginia Beach, VA 23454 | | - | | | | | | | 5,669.07 |

____14____ continuation sheets attached

Subtotal
(Total of this page)                    59,313.07

B6F (Official Form 6F) (12/07) - Cont.

In re **Peanut City Vegetable Oil Company** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **B&B Hose and Rubber** 4604 Bainbridge Blvd. Chesapeake, VA 23320 | | - | | | | | | 315.27 |
| Account No. **Bank of America** P.O. Box 15019 Wilmington, DE 19886-5102 | | - | | | | | | 35,384.73 |
| Account No. **xxxx xxxx xxxx 2820** **Bank of America (personal)** P.O. Box 15019 Wilmington, DE 19886-5019 | X | - | | | | | | 1,328.00 |
| Account No. **xxxxxxxxxxxx0000** **Bank of America {Sean}** P.O. Box 15019 Wilmington, DE 19886-5019 | X | - | | FOR NOTICE PURPOSES ONLY | | | | 17,495.02 |
| Account No. **Bay Disposal** 465 E Indian River Road Norfolk, VA 23523 | | - | | | | | | 278.40 |

Sheet no. __1__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)       **54,801.42**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peanut City Vegetable Oil Company**                              ,          Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **981** | | | | | | | | |
| Bay Equipment 12093 Waterman Drive Newport News, VA 23602 | | - | | | | | | 1,096.87 |
| Account No. | | | | | | | | |
| Bay Sand Company, Inc. P.O. Box 961 Smithfield, VA 23431 | | - | | | | | | 4,919.86 |
| Account No. | | | | | | | | |
| BB&T Bankcard Corporation P.O. Box 580340 Charlotte, NC 28258-0340 | | - | | | | | | 5,832.70 |
| Account No. | | | | | | | | |
| BB&T Financial, FSB P.O. Box 580435 Charlotte, NC 28258-0435 | | - | | | | | | 8,124.44 |
| Account No. | | | | | | | | |
| Bead Leasing 1617 Myrtle Avenue Chesapeake, VA 23325 | | - | | | | | | 1,393.20 |

Sheet no. __2___ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          21,367.07

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peanut City Vegetable Oil Company**                          ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **1981** <br><br> Beamon & Johnson, Inc. <br> P.O. Box 1188 <br> Suffolk, VA 23439 | - | | | | | | | 1,154.35 |
| Account No. <br><br> Blair Brothers <br> P.O. Box 5413 <br> Suffolk, VA 23435 | - | | | | | | | 7,466.68 |
| Account No. <br><br> Boyce, Spady & Moore PLC <br> 1013 West Washongton Street <br> Suffolk, VA 23434 | - | | | | | | | 4,200.00 |
| Account No. <br><br> Builders Mutual Insurance <br> P.O Box 900027 <br> Raleigh, NC 27675-0027 | - | | | | | | | 1,916.94 |
| Account No. **xx4409** <br><br> Caterpillar Financial Services <br> P.O. Box 13834 <br> Newark, NJ 07188-0834 | - | | | | | | | 791.02 |

Sheet no. __3__ of __14__ sheets attached to Schedule of          Subtotal        | 15,528.99 |
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peanut City Vegetable Oil Company**                              ,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Chase Card Services**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886-5153** | | - | | | | | | 7,444.77 |
| Account No.<br><br>**Chip's Repair & Towing**<br>**P.O. Box 767**<br>**Suffolk, VA 23439-0767** | | - | | | | | | 281.30 |
| Account No.<br><br>**Coastal Equipment Corp.**<br>**504 S. Military Highway**<br>**Virginia Beach, VA 23464** | | - | | | | | | 420.44 |
| Account No.<br><br>**D S Horan**<br>**PO Box 33**<br>**Suffolk, VA 23434** | | - | | | | | | 190,374.42 |
| Account No.<br><br>**Discover Card**<br>**P.O. Box 6103**<br>**Carol Stream, IL 60197-6103** | | - | | | | | | 1,138.65 |

Sheet no. __4___ of __14___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**199,659.58**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peanut City Vegetable Oil Company**                                          ,     Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **x8912**<br><br>Domestic Fuels<br>P.O. Box 1313<br>Chesapeake, VA 23327-1313 | | - | | | | | | 1,999.03 |
| Account No.<br><br>Environmental Controls of VA, LLC<br>3737 Nansemond Parkway<br>Suffolk, VA 23435 | | - | | | | | | 213.37 |
| Account No.<br><br>Eure Equipment Rentals<br>P.O. Box 2232<br>Chesapeake, VA 00003 | | - | | | | | | 178.50 |
| Account No.<br><br>Extreme Gravity Contractor Inc.<br>1216 North River Drive<br>Chesapeake, VA 23323 | | - | | | | | | 1,474.12 |
| Account No. **xxxxx0793**<br><br>Fastenal Company<br>P.O. Box 1286<br>Winona, MN 55987-0978 | | - | | | | | | 172.16 |

Sheet no. __5__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,037.18

B6F (Official Form 6F) (12/07) - Cont.

In re **Peanut City Vegetable Oil Company** , Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Ferguson Enterprises, Inc. P.O. Box 644054 Pittsburgh, PA 15264-4054 | - | | | | | | | 16,675.17 |
| Account No. **xxx-xxxx-xxxxxxx-9001** | | | | | | | | |
| Fulton Bank P.O. Box 69 East Petersburg, PA 17520 East Petersburg, PA 17520 | - | | | | | | | 875.10 |
| Account No. | | | | | | | | |
| General Rental Center 544 E. Constance Road Suffolk, VA 23434 | - | | | | | | | 411.71 |
| Account No. | | | | | | | | |
| Home Depot Home Depot Credit Services Processing Center Des Moines, IA 50364-0001 | - | | | | | | | 2,360.53 |
| Account No. **xxxxxx2888** | | | | | | | | |
| HRUBS P.O. Box 1651 Norfolk, VA 23501-1651 | - | | | | | | | 77.00 |

Sheet no. __6__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          20,399.51

B6F (Official Form 6F) (12/07) - Cont.

In re **Peanut City Vegetable Oil Company**                                    ,    Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Hudsons Service Center 2121 S. Military Highway Chesapeake, VA 23320 | - | | | | | | | 716.00 |
| Account No. | | | | | | | | |
| James River Equipment & Supply, Inc. 1716A South Park Ct. Chesapeake, VA 23320 | - | | | | | | | 617.52 |
| Account No. | | | | | | | | |
| JC Sawing Inc. P.O. Box 1652 Chesapeake, VA 23327-1652 | - | | | | | | | 3,405.20 |
| Account No. | | | | | | | | |
| Jennings Laboratories 1118 Cypress Avenue Virginia Beach, VA 23451 | - | | | | | | | 580.00 |
| Account No. **xxx xxxx xxx654 5** | | | | | | | | |
| Lowes P.O. Box 530914 Atlanta, GA 30353-0914 | - | | | | | | | 556.85 |

Sheet no. __7__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **5,875.57**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Peanut City Vegetable Oil Company**                                    ,    Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Luck Stone P.O. Box 29871 Richmond, VA 23242-0871 | - | | | | | | | 16,942.12 |
| Account No. **xxV100** | | | | | | | | |
| Mainline Supply Company Wachovia Bank P.O. Box 934450 Atlanta, GA 31193-4450 | - | | | | | | | 80,652.01 |
| Account No. | | | | | | | | |
| Moyock Farm Associates 461 Caratoke Highway Moyock, NC 27958 | - | | | | | | | 3,638.85 |
| Account No. | | | | | | | | |
| Nansemond Precast Concrete Co. 3737 Nansemond Parkway Suffolk, VA 23435 | - | | | | | | | 3,526.24 |
| Account No. | | | | Subject to Setoff | | | | |
| Nansemond River Contractors Corp. P.O. Box 6028 Suffolk, VA 23433 | - | | | | | | | 3,360.00 |

Sheet no. __8__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    108,119.22

B6F (Official Form 6F) (12/07) - Cont.

In re **Peanut City Vegetable Oil Company**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Neff Rental**<br>**5640 Raby Road**<br>**Norfolk, VA 23502** | - | | | | | | 2,839.41 |
| Account No. **xxxxxxxx0000**<br><br>**Newport News Waterworks**<br>**P.O. Box 979**<br>**Newport News, VA 23607-0979** | - | | | | | | 250.00 |
| Account No.<br><br>**NRCC Disposal**<br>**5304 W. Military Hwy**<br>**Chesapeake, VA 23321** | - | | | | | | 4,689.00 |
| Account No.<br><br>**Optima Health**<br>**P.O. Box 791132**<br>**Baltimore, MD 21279-1132** | - | | | | | | 4,467.12 |
| Account No. **xxxx-xxx7-86-4**<br><br>**Pitney Bowes**<br>**P.O. Box 856390**<br>**Louisville, KY 40285-6390** | - | | | | | | 38.18 |

Sheet no. __9__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 12,283.71 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re __**Peanut City Vegetable Oil Company**_____,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Precision Diesel, LLC 926 Freeman Mill Road Suffolk, VA 23438-9527 | - | | | | | | | 245.24 |
| Account No. | | | | | | | | |
| Prism Contractors & Engineers 5225 George Washington Mem Hwy Yorktown, VA 23962 | - | | | | | | | 5,726.80 |
| Account No. | | | | | | | | |
| Pump Engineering P.O. Box 6588 Chesapeake, VA 23323 | - | | | | | | | 350.00 |
| Account No. | | | | | | | | |
| Puryear Trucking, Inc. 3041 Gum Ct. Chesapeake, VA 23321 | - | | | | | | | 6,013.50 |
| Account No. | | | | | | | | |
| Robert A. Horan 2133 East Admiral Drive Virginia Beach, VA 23451 | - | | | | | | | 30,000.00 |

Sheet no. __**10**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

42,335.54

B6F (Official Form 6F) (12/07) - Cont.

In re   **Peanut City Vegetable Oil Company**                                    ,     Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Subject to Setoff | | | | |
| Rountree Construction Co. P.O. Box 5369 3909 Nasemond Parkway Suffolk, VA 23435 | - | | | | | | | 118.13 |
| Account No. | | | | | | | | |
| S&S Equipment Sales & Service 3835 Holland Blvd. Unit C Chesapeake, VA 23323 | - | | | | | | | 170.00 |
| Account No. | | | | | | | | |
| Saunders Fence Company 6408 Olde Bullocks Circle Suffolk, VA 23435 | - | | | | | | | 1,991.00 |
| Account No. | | | | | | | | |
| Service Electric Corporation P.O. Box 14004 Chesapeake, VA 23325 | - | | | | | | | 8,624.80 |
| Account No. | | | | | | | | |
| Spivey Disposal, LLC 228 Salters Creek Road Hampton, VA 23661 | - | | | | | | | 1,073.72 |

Sheet no. __11__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **11,977.65**

B6F (Official Form 6F) (12/07) - Cont.

In re **Peanut City Vegetable Oil Company**                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Spivey Rentals, Inc.** <br> **P.O. Box 6677** <br> **Chesapeake, VA 23323-0677** | - | | | | | | 535.50 |
| Account No. <br><br> **Spivey Rentals, Inc. Hampton** <br> **P.O. Box 267** <br> **Hampton, VA 23669** | - | | | | | | 289.80 |
| Account No. <br><br> **Suffolk Iron Works {AP}** <br> **P.O. Box 1943** <br> **Suffolk, VA 23439** | - | | | | | | 2,154.57 |
| Account No. **xx0392** <br><br> **Sunbelt Rentals** <br> **P.O. Box 409211** <br> **Atlanta, GA 30384-9211** | - | | | | | | 2,703.01 |
| Account No. <br><br> **TLS Surveying-GPS-Mapping Inc.** <br> **11830-A Canon Blvd** <br> **Newport News, VA 23606** | - | | | | | | 1,000.00 |

Sheet no. __12__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          6,682.88

B6F (Official Form 6F) (12/07) - Cont.

In re  **Peanut City Vegetable Oil Company**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Top Quality Concrete** **Top Quality Concrete** | | - | | | | | | 10,500.00 |
| Account No. | | | | | | | | |
| **UniFirst** **2001 Church Street** **Norfolk, VA 23504** | | - | | | | | | 3,083.50 |
| Account No. **xxxxxxxxxxx1 00Y** | | | | | | | | |
| **Verizon {telephone}** **P.O. Box 660720** **Dallas, TX 75266-0720** | | - | | | | | | 194.99 |
| Account No. | | | | | | | | |
| **Vulcan** **P.O. Box 75219** **Charlotte, NC 28275-0219** | | - | | | | | | 6,471.20 |
| Account No. | | | | | | | | |
| **Walker & Laberge Co.** **7613 Sewells Point Road** **Norfolk, VA 23513-4617** | | - | | | | | | 795.00 |

Sheet no. __**13**__ of __**14**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              21,044.69

B6F (Official Form 6F) (12/07) - Cont.

In re **Peanut City Vegetable Oil Company** _____,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **Wells Fargo** <br> **5802 E Va Beach Blvd, 121** <br> **Norfolk, VA 23502** | | - | | | | | | | **22,805.54** |
| Account No. <br><br> **Westen Surety Company** <br> **PO Box 5077** <br> **Sioux Falls, SD 57117** | X | - | | | | | | | **0.00** |
| Account No. **x6100** <br><br> **Yorktown Materials** <br> **P.O. Box 1741** <br> **Yorktown, VA 23692** | | - | | | | | | | **2,342.10** |
| Account No. <br><br> | | | | | | | | | |
| Account No. <br><br> | | | | | | | | | |

Sheet no. __14__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal <br> (Total of this page) | **25,147.64** |
|---|---|---|
|  | Total <br> (Report on Summary of Schedules) | **608,573.72** |

B6G (Official Form 6G) (12/07)

.

In re   **Peanut City Vegetable Oil Company**                         ,   Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Old Dominion Utilities**<br>**PO Box N**<br>**Fort Eustis, VA 23604** | **Emergency Services Contract Contract #925**<br>**Unit Price Contract Contract #931**<br>**Valve Replacement Contract Contract #16991** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Peanut City Vegetable Oil Company**                                    ,   Case No. _____

Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **D S Horan** | **Westen Surety Company**<br>**PO Box 5077**<br>**Sioux Falls, SD 57117** |
| **D S Horan** | **Bank of America {Sean}**<br>**P.O. Box 15019**<br>**Wilmington, DE 19886-5019** |
| **D S Horan** | **Bank of Hampton Roads**<br>**999 Waterside Drive, Suite 200**<br>**Norfolk, VA 23510**<br>   **May have guaranteed others** |
| **D S Horan** | **Commercial Cash Flow**<br>**3330 Pacific Avenue**<br>**Suite 213**<br>**Virginia Beach, VA 23451**<br>   **May have guaranteed others** |
| **Jacquie Horan** | **Bank of America (personal)**<br>**P.O. Box 15019**<br>**Wilmington, DE 19886-5019** |

**0**

_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Eastern District of Virginia

In re **Peanut City Vegetable Oil Company** _____     Case No. _____

                                             Debtor(s)                    Chapter    **11** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**32**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **October 14, 2011** _____     Signature   **/s/ D. Sean Horan** _____
                                                              **D. Sean Horan**
                                                              **President**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Eastern District of Virginia

In re   **Peanut City Vegetable Oil Company**          ,      Case No. _____

                                  Debtor

Chapter _____**11**_____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **D S Horan** | **100% shareholder** | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

      I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____**October 14, 2011**_____      Signature_**/s/ D. Sean Horan**_____

                                            **D. Sean Horan**
                                          **President**

      *Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                  Best Case Bankruptcy

Acoustic Ceilings Inc.
5875 Jefferson Avenue
Newport News, VA 23605


Advanta Bank Corp.
P.O. Box 8088
Philadelphia, PA 19101-8088


Aggregate Transportation
P.O. Box 9068
Chesapeake, VA 23321


Atlantic Heating & Cooling Service, Inc.
553 Central Drive
Virginia Beach, VA 23454


B&B Hose and Rubber
4604 Bainbridge Blvd.
Chesapeake, VA 23320


Bank of America
P.O. Box 15019
Wilmington, DE 19886-5102


Bank of America
P.O. Box 15019
Wilmington, DE 19886-5019


Bank of America (personal)
P.O. Box 15019
Wilmington, DE 19886-5019


Bank of America {Sean}
P.O. Box 15019
Wilmington, DE 19886-5019


Bank of Hampton Roads
999 Waterside Drive, Suite 200
Norfolk, VA 23510


Bay Disposal
465 E Indian River Road
Norfolk, VA 23523

Bay Equipment
12093 Waterman Drive
Newport News, VA 23602


Bay Sand Company, Inc.
P.O. Box 961
Smithfield, VA 23431


BB&T Bankcard Corporation
P.O. Box 580340
Charlotte, NC 28258-0340


BB&T Financial, FSB
P.O. Box 580435
Charlotte, NC 28258-0435


Bead Leasing
1617 Myrtle Avenue
Chesapeake, VA 23325


Beamon & Johnson, Inc.
P.O. Box 1188
Suffolk, VA 23439


Blair Brothers
P.O. Box 5413
Suffolk, VA 23435


Boyce, Spady & Moore PLC
1013 West Washongton Street
Suffolk, VA 23434


Builders Mutual Insurance
P.O Box 900027
Raleigh, NC 27675-0027


Caterpillar Financial Services
P.O. Box 13834
Newark, NJ 07188-0834


Caterpillare Financial Services Corp
2120 West End Ave
PO Box 340001
Nashville, TN 37203-0001

Chase Card Services
P.O. Box 15153
Wilmington, DE 19886-5153


Chip's Repair & Towing
P.O. Box 767
Suffolk, VA 23439-0767


City of Suffolk, VA
Ronald H. WIlliams, City Treasurer
PO Box 1583
Suffolk, VA 23439-1583


Coastal Equipment Corp.
504 S. Military Highway
Virginia Beach, VA 23464


Commercial Cash Flow
3330 Pacific Avenue
Suite 213
Virginia Beach, VA 23451


Commonwealth of Virginia
Department of Taxation
PO Box 1777
Richmond, VA 23218-1777


D S Horan
PO Box 33
Suffolk, VA 23434


Discover Card
P.O. Box 6103
Carol Stream, IL 60197-6103


Domestic Fuels
P.O. Box 1313
Chesapeake, VA 23327-1313


Environmental Controls of VA, LLC
3737 Nansemond Parkway
Suffolk, VA 23435

Eure Equipment Rentals
P.O. Box 2232
Chesapeake, VA 00003


Extreme Gravity Contractor Inc.
1216 North River Drive
Chesapeake, VA 23323


Fastenal Company
P.O. Box 1286
Winona, MN 55987-0978


Ferguson Enterprises, Inc.
P.O. Box 644054
Pittsburgh, PA 15264-4054


Fulton Bank
P.O. Box 69 East Petersburg, PA 17520
East Petersburg, PA 17520


General Rental Center
544 E. Constance Road
Suffolk, VA 23434


Home Depot
Home Depot Credit
Services Processing Center
Des Moines, IA 50364-0001


HRUBS
P.O. Box 1651
Norfolk, VA 23501-1651


Hudsons Service Center
2121 S. Military Highway
Chesapeake, VA 23320


Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346


James River Equipment & Supply, Inc.
1716A South Park Ct.
Chesapeake, VA 23320

JC Sawing Inc.
P.O. Box 1652
Chesapeake, VA 23327-1652


Jennings Laboratories
1118 Cypress Avenue
Virginia Beach, VA 23451


Lowes
P.O. Box 530914
Atlanta, GA 30353-0914


Luck Stone
P.O. Box 29871
Richmond, VA 23242-0871


Mainline Supply Company
Wachovia Bank
P.O. Box 934450
Atlanta, GA 31193-4450


Moyock Farm Associates
461 Caratoke Highway
Moyock, NC 27958


Nansemond Precast Concrete Co.
3737 Nansemond Parkway
Suffolk, VA 23435


Nansemond River Contractors Corp.
P.O. Box 6028
Suffolk, VA 23433


Neff Rental
5640 Raby Road
Norfolk, VA 23502


Newport News Waterworks
P.O. Box 979
Newport News, VA 23607-0979


NRCC Disposal
5304 W. Military Hwy
Chesapeake, VA 23321

Old Dominion Utilities
PO Box N
Fort Eustis, VA 23604


Optima Health
P.O. Box 791132
Baltimore, MD 21279-1132


Pitney Bowes
P.O. Box 856390
Louisville, KY 40285-6390


Precision Diesel, LLC
926 Freeman Mill Road
Suffolk, VA 23438-9527


Prism Contractors & Engineers
5225 George Washington Mem Hwy
Yorktown, VA 23962


Pump Engineering
P.O. Box 6588
Chesapeake, VA 23323


Puryear Trucking, Inc.
3041 Gum Ct.
Chesapeake, VA 23321


Robert A. Horan
2133 East Admiral Drive
Virginia Beach, VA 23451


Rountree Construction
3909 Nanesmond Parkway
Suffolk, VA 23435


Rountree Construction Co.
P.O. Box 5369 3909
Nasemond Parkway
Suffolk, VA 23435


S&S Equipment Sales & Service
3835 Holland Blvd. Unit C
Chesapeake, VA 23323

Saunders Fence Company
6408 Olde Bullocks Circle
Suffolk, VA 23435


Service Electric Corporation
P.O. Box 14004
Chesapeake, VA 23325


Spivey Disposal, LLC
228 Salters Creek Road
Hampton, VA 23661


Spivey Rentals, Inc.
P.O. Box 6677
Chesapeake, VA 23323-0677


Spivey Rentals, Inc. Hampton
P.O. Box 267
Hampton, VA 23669


Suffolk Iron Works {AP}
P.O. Box 1943
Suffolk, VA 23439


Sunbelt Rentals
P.O. Box 409211
Atlanta, GA 30384-9211


TLS Surveying-GPS-Mapping Inc.
11830-A Canon Blvd
Newport News, VA 23606


Top Quality Concrete
Top Quality Concrete


UniFirst
2001 Church Street
Norfolk, VA 23504


Verizon {telephone}
P.O. Box 660720
Dallas, TX 75266-0720

```
Vulcan
P.O. Box 75219
Charlotte, NC 28275-0219


Walker & Laberge Co.
7613 Sewells Point Road
Norfolk, VA 23513-4617


Wells Fargo
5802 E Va Beach Blvd, 121
Norfolk, VA 23502


Westen Surety Company
PO Box 5077
Sioux Falls, SD 57117


Yorktown Materials
P.O. Box 1741
Yorktown, VA 23692
```

# United States Bankruptcy Court
## Eastern District of Virginia

In re   **Peanut City Vegetable Oil Company**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Peanut City Vegetable Oil Company**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 14, 2011**

Date

**/s/ Karen M. Crowley VSB**

**Karen M. Crowley VSB #35881**

Signature of Attorney or Litigant

Counsel for   **Peanut City Vegetable Oil Company**

**Crowley, Liberator, Ryan & Brogan, PC**
**Town Point Center, Suite 300**
**150 Boush Street**
**Norfolk, VA 23510**
**(757) 333-4500 Fax:(757) 333-4501**